# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-00369-CR-W-BP-01 |
| ) | |
| WESLEY B. WYATT, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On January 15, 2015, the Court granted Defendant's Motion for a Determination of Mental Competency, and directed that a psychological or psychiatric examination of Defendant be conducted and filed with the Court pursuant to 18 U.S.C. § 4241(b) and (c). (Doc. 30.) Defendant was examined by Dr. Lisa Feldman, who prepared a report dated April 2, 2015, in which she opined that Defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. (Doc. 39.)

During a competency hearing held before United States Magistrate Judge John T. Maughmer on May 11, 2015, the Government and Defendant stipulated that the Court should consider the psychological or psychiatric report of Dr. Feldman as if Dr. Feldman had appeared in person and testified under oath. No additional evidence was offered by the Government or Defendant. Judge Maughmer then entered a Report and Recommendation on May 12, 2015, recommending that this Court find Defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. (Doc. 38.) No objections were filed by the parties.

After an independent and careful review, the Court **ADOPTS** the Report and Recommendation of Judge Maughmer, (Doc. 38), in its entirety. The Court **FINDS** that Defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

/s/     Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE:      6/3/2015